# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IAN ALAN OLSON,

        Petitioner,

v.                               Case No. 24-CV-333

ERIC J. SEVERSON,

        Respondent.

## ORDER AND RECOMMENDATION

On March 15, 2024, the court received a letter from Ian Alan Olson addressed to Magistrate Judge Nancy Joseph. The Clerk's Office docketed this letter as a new civil case and characterized it as a petition for a writ of habeas corpus.

Olson complains that he is being held in the Waukesha County Jail on state charges and a federal hold. He complains that he has not been brought over to federal court.

Insofar as the Olson's letter can be construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, Olson's motion to proceed without prepaying the filing fee (ECF No. 4) is **granted**. Further, it is recommended that the petition be **dismissed**. He does not present any plausible claim for relief.

Accepting as true that Olson is subject to a federal hold, he would not be transferred to federal custody to be brought over to federal court until he was released from state custody whether on bond or following either conviction or dismissal of the pending state charges. A review of Wisconsin Circuit Court records indicates that Olson is in custody in lieu of $25,000 bond. Therefore, the federal hold would not become effective until he posted that $25,000 bond, at which time, if he is in fact subject to a federal hold, he would be transferred to federal custody and appear before a federal magistrate judge.

It is further ordered that, in accordance with 28 U.S.C. § 636(b)(1)(A), (B) and (C) and Fed. R. Civ. P. 72(a) and (b)(2), any written objection to any order or recommendation herein or part thereof shall be filed within fourteen days of the date of service of this recommendation and order. Failure to file a timely objection with the district court will result in a waiver of a party's right to review.

Dated at Milwaukee, Wisconsin this 12th day of April, 2024.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge